**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANTHONY MOISES SANCHESZ-ZUNIGA, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 26-1728-PRW |
| WARDEN, DIAMONDBACK CORRECTIONAL FACILITY, et al., | ) | |
| Respondents. | ) | |

**ORDER**

Before this Court is Petitioner's Ex Parte Motion for Temporary Restraining Order (Dkt. 2), in which Petitioner requests that this Court order Respondents to release him from custody or provide him with an individualized bond hearing, among other things. On July 17, 2026, Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (Dkt. 8), recommending that this Court deny Petitioner's Motion. Federal Rule of Civil Procedure 65(b)(1) provides that a court may grant a motion for a temporary restraining order without notice only if the moving party has "certifie[d] in writing any efforts made to give notice and the reasons why it should not be required." Magistrate Judge Mitchell determined that Petitioner failed to submit any certification of efforts made to give notice to Respondents before filing the Motion, and Petitioner did not file any objections to the Report and Recommendation within the applicable time period.

Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. 8) and **DENIES** Petitioner's Ex Parte Motion for Temporary Restraining Order (Dkt. 2).

**IT IS SO ORDERED** this 1st day of October 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE